UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NESSCAP, INC., and NESSCAP CO., LTD., <br><br> Defendants. | Civil No. 06cv2311 JAH (BLM) <br><br> **ORDER UNSEALING DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [Doc. Nos. 48-55]** |

In the order granting in part and denying in part Defendants' motions to dismiss, the Court directed the Clerk of Court to unseal Defendant's opposition to Plaintiff's motion for preliminary injunction. Additional documents filed in support of the opposition must also be unsealed. Accordingly, **IT IS HEREBY ORDERED** the Clerk of Court shall unseal all documents filed in support of the opposition to the motion for preliminary injunction.

DATED: March 15, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge